# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| AMERICAN REMANUFACTURERS, INC., *et al.*,[1] | : : : | Case No. 05-20022 (PJW) (Jointly Administered) |
| Debtors. | : : | |
| | : | |
| MONTAGUE S. CLAYBROOK, Chapter 7 Trustee for the estates of AMERICAN REMANUFACTURERS, INC., *et al.*,[1] | : : : : : | |
| Plaintiff, | : | |
| v. | : : | |
| AUTOZONE TEXAS, LIMITED PARTNERSHIP; AUTOZONE INC, General Partner to AUTOZONE TEXAS, LIMITED PARTNERSHIP; and AUTOZONE PARTS, INC. | : : : : : : | Adversary Proceeding 07-51597 (PJW)(Lead) Adversary Proceeding 07-51603 (PJW) |
| | : | |
| METRO AUTO XPRESS, LLC, t/a TRI-CITY AUTOMOTIVE WAREHOUSE | : : | Adversary Proceeding 07-51750 (PJW) |
| | : | |
| HYPER HARRY'S AND SONS AUTOMOTIVE WAREHOUSE DISTRIBUTOR, INC. t/a HYPER HARRY'S AUTOMOTIVE SUPPLY INC. SUPPLY | : : : : : | Adversary Proceeding 07-51752 (PJW) |
| | : | |
| CAR PARTS WAREHOUSE, INC. d/b/a CAR PARTS WAREHOUSE | : : | Adversary Proceeding 07-51753 (PJW) |
| | : | |
| WORLDPAC, INC. | : | Adversary Proceeding 07-51754 (PJW) |
| | : | |
| UNI-SELECT USA CENTRAL, INC. | : : | Adversary Proceeding 07-51758 (PJW) |

---

[1]  The Debtors are the following entities: (i) ARI Holdings, Inc., (ii) American Remanufacturers, Inc., (iii) Ohio Caliper, Inc., (iv) Automotive Caliper Exchange Incorporated, (v) Klickitat, Inc., (vi) ATSCO Products, Inc., (vii) ABS Friction, Inc., (viii) Car Component Technologies, Inc., (ix) New Driveline Inc., and (x) American Driveline, Inc. (each a "Debtor" and, collectively, the "Debtors").

PH1 2838240v1 06/09/11

| | |
|---|---|
| SF AUTOMOTIVE PARTS WAREHOUSE: INC., d/b/a MACKENZIE WAREHOUSE : : | Adversary Proceeding 07-51759 (PJW) |
| LES SCHWAB WAREHOUSE CENTER, : INC., et al. : : | Adversary Proceeding 07-51760 (PJW) |
| ALOHA AUTOMOTIVE, LLC : : | Adversary Proceeding 07-51762(PJW) |
| JDL CORPORATION d/b/a PROSTOCK : AUTOMOTIVE aka PROSTOCK : AUTOMOTIVE WAREHOUSE : : Defendants. : | Adversary Proceeding 07-51765 (PJW) |

**STATUS REPORT FOR ADVERSARY PROCEEDINGS
BEFORE THE HONORABLE PETER J. WALSH**

Montague S. Claybrook, the Chapter 7 Trustee for the estates of American Remanufacturers, Inc., *et al.*, hereby files this status report in accordance with the Court's procedures. Preliminarily, all cases are not being currently litigated pending disposition of Claybrook v. AutoZone, *et al.*, Adv. No. 07-51603 (PJW) with all filings being submitted under 07-51597 (PJW). The status of each pending matter follows:

**Claybrook v. AutoZone Texas, Limited Partnership, AutoZone Inc., *et al.***
Adversary No.: 07-51597 (PJW) (Lead)
Adversary No.: 07-51603 (PJW)

Status I: On November 7, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with this Court. Pursuant to an Order of this Court, the Debtors' Chapter 11 cases were jointly administered and assigned case No. 05-20022 (PJW). On November 18, 2005 (the "Conversion Date") the Debtors' Chapter 11 cases were converted to cases under Chapter 7 of the Bankruptcy Code and the Trustee was appointed.

On June 19, 2007, the Trustee filed a *Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, 549, and 550 against AutoZone* (the "Avoidance Action"). The Avoidance Action was assigned Adversary Case No. 07-51597. The Avoidance Action was subsequently dismissed with prejudice by Stipulation of the Parties and Order of the Court [Adv. D.I. 209].

On June 27, 2007, the Trustee initiated this adversary proceeding against AutoZone Texas, L.P., AutoZone, Inc., and AutoZone Parts, Inc. (collectively "AutoZone") (the "Accounts Receivable Action") by filing the *Complaint of Montague S. Claybrook, Chapter 7 Trustee for Breach of Contract, Unjust Enrichment, Quantum Meruit and Turnover of Estate Property*.  The Accounts Receivable Action was assigned Adversary Case No. 07-51603.  On November 6, 2007, by agreement of the Parties, the Court entered an order consolidating the Avoidance Action and Accounts Receivable Action (together, the "Adversary Proceedings") [Adv. D.I. 22].

On September 14, 2007, AutoZone answered the Trustee's Accounts Receivable Action Complaint, asserted Affirmative Defenses, and filed Counter-Claims against the Debtors for breach of each of the vendor agreements and wrongful rejection of returns in violation of the terms of the vendor agreements.  By Order of this Court, on October 14, 2010, the Trustee filed an Amended Complaint in the Accounts Receivable Action [Adv. D.I. 255].  On December 22, 2010, AutoZone Answered the Trustee's Amended Complaint and asserted Affirmative Defenses thereto, and re-asserted the same Counter-Claims that it filed on September 14, 2007 [Adv. D.I. 275].  On January 5, 2011, the Trustee filed it's Answer and Affirmative Defenses to AutoZone's Counterclaims [Adv. D.I. 276].

On September 17, 2007, this Court entered its first Scheduling Order in the Accounts Receivable Action (the "First Scheduling Order").  *See* Adv. 07-51603 D.I. 19.  The Court's First Scheduling Order was revised by several subsequent Scheduling Orders in the Adversary Proceedings [Adv. D.I. 34, 45, 55, 76, and 89, 98, 206, 265, 268], the most recent of which and currently pending is the Revised Scheduling Order dated December 5, 2010 (the "Revised Scheduling Order") [Adv. D.I. 269].

Pursuant to the Revised Scheduling Order, all dispositive motions were to be filed and served no later than February 1, 2011. As such, Plaintiff and Defendants both filed dispositive motions which the Court did not rule on.

A trial in this matter was held on April 4 through 5, 2011.  On May 5, 2011 the Parties each filed Proposed Findings of Fact and Conclusions of Law.  On May 25, 2011 the Defendant filed Defendants' Critique of The Trustee's Proposed Findings of Fact and Conclusions of Law.  On May 25, 2011 the Trustee filed his Response and Objections to Defendants' Proposed Findings of Fact and Conclusions of Law.

**Claybrook v. Metro Auto Xpress, LLC t/a Tri-City Automotive Warehouse**
Adversary No.: 07-51750 (PJW)
Status I: The Complaint was filed on November 5, 2007 and was served on the Defendant on or about January 15, 2008.  On or about March 18, 2008, the Defendant filed a Motion to Dismiss seeking to have this Court dismiss the avoidance counts of the Complaint.  On

or about April 1, 2008, the Plaintiff filed an Opposition to the Motion to Dismiss.  On or about April 7, 2008, the Defendant filed a Reply to the Opposition.  On or about April 10, the Plaintiff filed a Motion for Leave to file a Sur-Reply.  On or about April 18, 2008, a Notice of Completion of Briefing was filed.  The Pre-Trial Conference was held on April 17, 2008, and a scheduling order was entered.   On or about July 25, 2008, this Honorable Court issued an Order granted the Defendant's Motion and dismissing Counts V, VI, VII, and VIII.

The Pre-Trial Conference was held on April 17, 2008, and a scheduling order was entered.  Stipulation Regarding Appointment of Mediator Vincent Poppiti, Esq. between Montague S. Claybrook, Chapter 7 Trustee of the estates of American Remanufacturers, Inc., et al. and Metro Auto Xpress, LLC t/a Tri-City Automotive Warehouse, filed on August 27, 2008 [Docket No. 20].  Mediation was conducted on November 10, 2008.  On November 13, 2008, the Mediator filed his certificate with this Court.  On or about August 28, 2009, the parties submitted a stipulation and revised scheduling order.  Defendant filed a Motion for Summary Judgment on November 17, 2009 and Plaintiff responded December 4, 2009.  The Court denied Defendant's Motion for Summary Judgment on March 19, 2010 [Docket No. 88].

On September 21, 2010 Defendant joined in AutoZone Parts Inc., AutoZone Texas L.P., and AutoZone Inc.'s Motion to Dismiss Adversary Proceeding filed, in Case No. 05-20022 [Docket No. 1120].  On December 2, 2010 the Court issued an Order denying AutoZone Parts Inc., AutoZone Texas L.P., and AutoZone Inc.'s  Motion to Dismiss Adversary Proceeding.  [Case No. 05-20022 Docket No. 1145].

**Claybrook v. Hyper Harry's and Sons Automotive Warehouse Distributor, Inc. t/a Hyper Harry's Automotive Supply Inc.**
Adversary No.: 07-51752 (PJW)
Status G: The Complaint was filed on November 5, 2007 and was served on the Defendant on or about January 15, 2008.  On or about April 15, 2008, the Defendant filed an Answer.  The Pre-Trial Conference was held on April 17, 2008, and a scheduling order was entered.  The discovery process is ongoing.  Vincent J. Poppiti, Esq. is Appointed as the Mediator in this Adversary Proceeding.  On June 6, 2009, this Court issued a Revised Scheduling Order.  The dispositive motion deadline was September 15, 2009.

**Claybrook v. Car Parts Warehouse, Inc. d/b/a Car Parts Warehouse**
Adversary No.: 07-51753 (PJW)
Status G: The Complaint was filed on November 5, 2007 and was served on the Defendant on or about January 15, 2008.  On or about April 7, 2008, Defendant filed an Answer.  The Pre-Trial Conference was held on April 17, 2008, and a scheduling order was entered.  Order Assigning Adversary Proceeding to Mediation and Setting Mediation Deadlines was entered on September 9, 2008.  Vincent J. Poppiti, Esq. is Appointed as the Mediator in this Adversary Proceeding.  On July 23, 2009 this Court issued a Revised Scheduling Order.  The fact discovery deadline was September 15, 2009.  The expert

discovery deadline was November 15, 2009.  The dispositive motion deadline was November 30, 2009.

**Claybrook v. Worldpac, Inc.**
Adversary No.: 07-51754 (PJW)
Status G: The Complaint was filed on November 5, 2007 and served on the Defendant on or about January 15, 2008.  On or about March 19, 2008, the Defendant filed an Answer.  The Pre-Trial Conference was held on April 17, 2008, and a scheduling order was entered.  Order Assigning Adversary Proceeding to Mediation and Setting Mediation Deadlines was entered on September 9, 2008.  Vincent J. Poppiti, Esq. is appointed as the Mediator in this Adversary Proceeding.  On July 23, 2009, this Court issued a Revised Scheduling Order.  The fact discovery deadline was September 15, 2009.  The expert discovery deadline was November 16, 2009.  The dispositive motion deadline was November 30, 2009.

**Claybrook v. Uni-Select USA Central, Inc.**
Adversary No.: 07-51758 (PJW)
Status G: The Complaint was filed on November 5, 2007, and was served on the Defendant on or about January 15, 2008.  On or about February 14, 2008, the Defendant filed an Answer.  The Pre-Trial Conference was held on April 17, 2008, and a scheduling order was entered.  Stipulation Regarding Appointment of Mediator Vincent J. Poppiti, Esq. between Montague S. Claybrook, Chapter 7 Trustee of the estates of American Remanufacturers, Inc., et al. and Uni-Select USA Central, Inc., filed on August 27, 2008 [Docket No. 17].  On April 9, 2009, this Court issued a revised scheduling order. The fact discovery deadline was May 15, 2009.  The expert discovery deadline was July 13, 2009.  The dispositive motion deadline was July 28, 2009.  The Trustee intends to file a Stipulation appointing a different mediator in this matter as a conflict has arisen with Mr. Poppiti.

**Claybrook v. SF Automotive Parts Warehouse Inc. d/b/a Mackenzie Warehouse**
Adversary No.: 07-51759 (PJW)
Status G: The Complaint was filed on November 5, 2007, and was served on the Defendant on or about January 15, 2008. On or about April 17, 2008, the Defendant filed an Answer.  The Pre-Trial Conference was held on April 17, 2008, and a scheduling order was entered.  Order Assigning Adversary Proceeding to Mediation and Setting Mediation Deadlines entered on September 9, 2008.  Vincent J. Poppiti, Esq. is Appointed as the Mediator in this Adversary Proceeding.  On February 18, 2009, this Court issued a revised scheduling order.  The fact discovery deadline was March 15, 2009.  The expert discovery deadline was May 13, 2009.  The dispositive motion deadline was May 29, 2009.

**Claybrook v. Les Schwab Warehouse Center, Inc., et al.**
Adversary No.: 07-51760 (PJW)

Status I: The Complaint was filed on November 5, 2007, and was served on the Defendant on or about January 15, 2008.  On or about February 27, 2008, the Defendant filed an Answer.  The Pre-Trial Conference was held on April 17, 2008, and a scheduling order was entered.  On or about August 5, 2008, the Defendant filed a Motion to Determine Claims Core/Non-Core and a Motion to Withdraw Bankruptcy Reference.  On or about, August 19, 2008, the Plaintiff filed an Opposition thereto and request for hearing.  On or about August 27, 2008, the Defendant filed a Reply to the Plaintiff's Opposition.  On September 30, 2008, this Court issued an Order determining that the claims were "non-core".  This case was transferred to the United States District Court for a ruling on the Motion to Withdraw Reference. That action was closed August 31, 2009.  Order Assigning Adversary Proceeding to Mediation and Setting Mediation Deadlines was entered on September 9, 2008.  Vincent J. Poppiti, Esq. is Appointed as the Mediator in this Adversary Proceeding.
On September 21, 2010 Defendant joined in AutoZone Parts Inc., AutoZone Texas L.P., and AutoZone Inc.'s Motion to Dismiss Adversary Proceeding filed, in Case No. 05-20022 [Docket No. 1125].  On December 2, 2010 the Court issued an Order denying AutoZone Parts Inc., AutoZone Texas L.P., and AutoZone Inc.'s Motion to Dismiss Adversary Proceeding.  [Case No. 05-20022 Docket No. 1145].

**Claybrook v. Aloha Automotive, LLC**
Adversary No.: 07-51762 (PJW)
Status G: The Complaint was filed on November 5, 2007, and was served on the Defendant on or about January 15, 2008.  On or about February 15, 2007, the Defendant filed an Answer.  The Pre-Trial Conference was held on April 17, 2007, and a scheduling order was entered.  The discovery process is ongoing.  Order Assigning Adversary Proceeding to Mediation and Setting Mediation Deadlines entered on September 9, 2008.  Vincent J. Poppiti, Esq. is Appointed as the Mediator in this Adversary Proceeding.  On August 10, 2009, this Court issued a revised scheduling order.  The fact discovery deadline was October 15, 2009.  The expert discovery deadline is December 14, 2009.  The dispositive motion deadline was December 28, 2009.

**Claybrook v. JDL Corporation d/b/a Prostock Automotive aka Prostock Automotive Warehouse**
Adversary No.: 07-51765 (PJW)
Status G: The Complaint was filed on November 5, 2007, and was served on the Defendant on or about January 15, 2008.  On or about February 14, 2008, the Defendant filed an Answer.  The Pre-Trial Conference was held on April 17, 2008, and a scheduling order was entered. Vincent J. Poppiti, Esq. is Appointed as the Mediator in this Adversary Proceeding.  On May 18, 2009, this Court issued a revised scheduling order.  The fact discovery deadline was July 15, 2009.  The expert discovery deadline was August 13, 2009.  The dispositive motion deadline was August 31, 2009.

*Signature on following page.*

**FOX ROTHSCHILD LLP**

By: /s/ L. Jason Cornell
L. Jason Cornell, Esquire
Delaware Bar No. 3821
919 N. Market Street, Suite 1300
Wilmington, DE 19801-3046
Tel. (302) 427-5512/Facsimile (302) 656-8920
jcornell@foxrothschild.com

-and-

ALAN L. FRANK LAW ASSOCIATES, P.C.
Alan L. Frank, Esquire
8380 Old York Road, Suite 410
Elkins Park, PA 19027
Tel.(215) 935-1000/Facsimile (215) 935-1110
afrank@alflaw.net

Dated: June 9, 2011       Attorneys for Montague S. Claybrook, Chapter 7
Trustee for American Remanufacturers, Inc., *et al.*