## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| AMERICAN REMANUFACTURERS, INC., | Case No. 05-20022 (PJW) |
| Debtor. | |

## NOTICE OF RESIGNATION OF TRUSTEE, APPOINTMENT OF INTERIM SUCCESSOR TRUSTEE, AND NOTICE OF OPPORTUNITY TO REQUEST AN ELECTION

Notice is hereby given that Montague S. Claybrook has resigned as trustee in this case effective July 18, 2013.

The United States Trustee hereby appoints Charles M. Forman, 80 Route 4 East, Suite 290, Paramus, NJ 07652, as interim successor trustee in this case. The interim successor trustee's bond shall be the blanket bond on file with the United States Bankruptcy Court.

Notice is further given that any request to conduct an election pursuant to 11 U.S.C. §703 must be filed within 14 days of the date of this notice set forth below. If no such request is made, the interim successor trustee named above will serve as the permanent trustee. If such a request is made, and that request does not result in the election of a different trustee, the interim successor trustee named above will serve as the permanent trustee.

Dated this 26 day of July, 2013.

                                       ROBERTA A. DEANGELIS
                                       UNITED STATES TRUSTEE, REGION 3

                                       *s/ Roberta A. DeAngelis*