# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
American Remanufacturers, Inc.

**Chapter:** 7

**Case No.:** 05–20022–PJW

### ORDER EXTENDING TIME TO FILE SCHEDULES AND/OR STATEMENT OF AFFAIRS

**AND NOW,** this   The 12th of August, 2013 , upon receipt of Debtor's Motion to Extend Time to File Schedules and/or Statement of Affairs, it is **ORDERED** that the motion is **GRANTED**.

It is **FURTHER ORDERED** that the document(s) must be filed within **14 DAYS from the Date of this Order.**

It is **FURTHER ORDERED** that if the document(s) is not **timely** filed, the case will be **DISMISSED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that **NO FURTHER EXTENSIONS SHALL BE GRANTED**.

This extension does not apply to the Certificate of Credit Counseling required by 11 U.S.C § § 109(h) & 521(b).

Peter J. Walsh United States Bankruptcy Judge

(VAN–404)