# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN REMANUFACTURERS, INC. *et al.*,[1]<br><br>Debtors. | Chapter 7<br>Case No. 05-20022 (KG)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTER SCHEDULED FOR
HEARING ON MAY 16, 2019 AT 2:00 P.M. (ET)**

## I.   MATTER UNDER CERTIFICATION OF COUNSEL

1. Final Fee Application of LeClairRyan. PC, a Professional Corporation for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Chapter 7 Trustee [Date Filed: 4/23/2019; D.I. 1295]

   Related Documents:

   a. Amended Notice of Final Application of LeClairRyan. PC, a Professional Corporation for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Chapter 7 Trustee [Date Filed: 5/2/2019; D.I. 1297]

   b. Notice of Filing of Revised Proposed Order Granting on an Interim Basis the Application of LeClairRyan, PC for Allowance of Fees for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Chapter 7 Trustee [Date Filed: 5/2/2019; D.I. 1298]

   c. Certification of Counsel Regarding Revised Proposed Order Granting on an Interim Basis the Application of LeClairRyan, PC for Allowance of Fees for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Chapter 7 Trustee [Date Filed: 5/13/2019; D.I. 1299]

   Response Deadline:  May 3, 2019 at 4:00 p.m. (ET)

   Responses Received:

   a. Informal comments from the U.S. Trustee.

---

[1] The Debtors and the last four digits of their tax ID numbers are (i) ARI Holdings, Inc., 6481; (ii) American Remanufacturers, Inc., 3353; (iii) Ohio Caliper, Inc., 4907; (iv) Automotive Caliper Exchange Incorporated, 1040; (v) Klickitat, Inc., 5677; (vi) ATSCO Products, Inc., 7174; (vii) ABS Friction, Inc., 9670; (viii) Car Component Technologies, Inc., 0573; (ix) New Driveline, Inc., 1368; and (x) American Driveline, Inc., 6495.

Status: A consensual proposed order regarding this matter has been submitted under certification of counsel [D.I. 1299]. Accordingly, no hearing is necessary unless otherwise preferred by the Court.

2. First Interim Fee Application of Forman Holt, a Professional Corporation for Compensation for Services Rendered and Reimbursement od Expenses as Counsel to the Chapter 7 Trustee [Date Filed: 4/23/2019; D.I. 1296]

Related Documents:

a. Certification of Counsel Regarding Order Authorizing Payment and Approving First Interim Fee Application Of Forman Holt for Compensation for Services and Reimbursement of Expenses as Counsel to the Chapter 7 Trustee for Services for the Period from July 15, 2017 Through April 3, 2019 [Date Filed: 5/13/2019; D.I. 1300]

Response Deadline: May 3, 2019 at 4:00 p.m. (ET)

Responses Received:

a. Informal comments from the U.S. Trustee.

Status: A consensual proposed order regarding this matter has been submitted under certification of counsel [D.I. 1300]. Accordingly, no hearing is necessary unless otherwise preferred by the Court.

[*Remainder of page intentionally left blank*].

Dated:  May 14, 2019
        Wilmington, Delaware

BAYARD, P.A.

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
Sophie E. Macon (No. 6562)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail:  emiller@bayardlaw.com
         smacon@bayardlaw.com

– and –

FORMAN HOLT
Erin J. Kennedy
Kimberly J. Salomon
66 Route 17 North, First Floor
Paramus, New Jersey 07652
Telephone: (201) 845–1000
Facsimile: (201) 655–6650
Email: ekennedy@formanlaw.com
        ksaloman@formanlaw.com

*Counsel to the Trustee*

{BAY:03501289v1}   3